IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

PATRICK GALFORD and TESSA GALFORD,

    Plaintiffs,

v.                        CIVIL ACTION NO. 1:19-00797

INTEGON NATIONAL INSURANCE COMPANY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the plaintiffs' Motion to Extend Time to Serve Defendant Integon National Insurance Company. (ECF No. 3.) In support of the motion, counsel for plaintiffs requests additional time due to ongoing negotiations with defendant regarding plaintiffs' claims. See id. According to plaintiffs' counsel, defendant has been notified of the Complaint and was given a waiver of service form, but elected not to respond to the waiver of service request. See id.

For good cause shown, plaintiffs' motion is **GRANTED**. Plaintiffs' time to serve the defendant with process is **EXTENDED** 60 days to Friday, April 3, 2020.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

IT IS SO ORDERED this 4th day of February, 2020.

                            **ENTER:**

                            David A. Faber
                            Senior United States District Judge